CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUL 26 2024

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Roanoke__ DIVISION

Kenneth J. Brown )
_____, )
 )
Plaintiff(s), )
 )
v. ) Civil Action No.: __7:24cv00461__
 ) (To be assigned by Clerk of District Court)
South west Virgina )
Regional Jail et al., )
 )
Defendant(s). )
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: __Kenneth J Brown__

      Address: __SWVRJ 1037 Boon Trail Rd Duffield Va 24244__

      Telephone Number: _____

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Name: Dr Shah

   Address: SWVRJ 1037 Boon Trail Rd Duffield Va 24244

   b. Defendant No. 2

   Name: Dr Shah nurses Mental health Jill

   Address: SWVRJ 1037 Boon Trail Rd Duffield Va 24244

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

   ☒ Federal Question    ☒ Diversity of Citizenship    ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   My Right to Decent Conditions in Prison
   my right to medical Care
   Deliberate Indifference By Dr Shah

Case Number - 7:24-cv-00461-RSB-PMS

C. Defendant No. 3
Name. Nurse ADDington
ADDRESSES. SWVRJ 1037 Boontrail Rd
Duffield Va 24244

D. Defendant No. 4
Name. Nurse. Carroll
Address. SWVRJ 1037 Boontrail Rd
Duffield Va 24244

E. Defendant No. 5
Name. ~~6.695~~ Nurse 6.695
Address. SWVRJ 1037 BoonTrail Rd
Duffield Va 24244

F. Defendant No. 6
Name. Officer Rulely
Address. SWVRJ 1037 Boontrail Rd
~~Duffitd~~ Duffield Va 24244

G. Defendante No. 7 Southwest Va Regionl Jail et al
Name. Southwest Virginia Regionl Jail et al
Address. Southwest Va Regional Jail 1037 Boontrail Rd
Duffield Va ~~24240~~ 24244

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: Kenneth Brown          State of Citizenship: _____

Plaintiff No. 2: _____                State of Citizenship: _____

Defendant No. 1: Dr Shah                State of Citizenship: $100,000

Defendant No. 2: Dr Shahs mental Health nuses   State of Citizenship: $100,000

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☑

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. On Dec 19 2023 I came to Jail with in 2week Dr Shah change the dose of my meds welbutrin 300 XL I tried to go along.

March 13 2024 they move me to Duffield Va.
April 6 nurse Addington took my meds for 30 day with in that 30 days I went and told Dr Shah he gave me Efxier and

Case Number #7:24-cv-00461-RSB-PMS

Defendant 3. Nurse Addington
Defendant 4. Nurse Carroll
Defendant 5. Nurse 6.695
Defendant 6. Officer Rulely
Defendant 7. SWVRJ

State of Citizenship 3. $100,000.00
State of Citizenship 4. $100,000.00
State of Citizenship 5. $100,000.00
State of Citizenship 6. $100,000.00
State of Citizenship 7. $100,000.00

Remron I filed sick calls and Griviances I have copys of all of them May 6 2024 Nurse Addlington and the rest of the nurses gave me my medican welbutrin, Effxier, Remron and my blood presure meds July 3 2024 my welbutrin ran out As why it was never filed put in sick calls was told going to get fix have the Griviances and Responses July 12 I was took out of my cell 4A 45 had Bottom bed because I am handiecaped have lots of pins an Rods in me All this has cause my Anxity and PTST to be worse I'm not getting the right medical Attion July 16, 2024 my blood presure and heart Rate where bad At midnight the nurses that where working had to give me 3 nitros Baby Asprin and Oxgen and call 911 I was took to the hospital for Anxiety

Case # 7:24-cv-00461-RSB-PMS

July 17 2024 I seen Dr Shah and told him About the lawsuit He had the nerve to Ask If he gave my meds back would I retract my lawsuit I said no he gave me my welbutrin back but took me off my Effxier and Remron and said he doesn't want to see me anymore to keep my welbutrin I have to see him every 3 mouth I dont know what I'm going to do

July 18 2024 I am brought back to 4A Pod But put in Cell 16 on a top bunk or sleep in the floor with the Ants I was in Medical from July 12 2024, to July 18, 2024 in 8A pod cell 22 That was full of Black mold my health has went down hill we are just a # here This has all took Place at

SWVRJ
1037 Boon Trail Rd
Duffield Va 24244

Kenneth Brown

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Something needs to be done about how mental health is treated when you bring your on meds a assetment needs done and they cant take them for no reason people with handicaps should not be on top bunks the nurses are in control of our meds when a perscripton needs refilling it need done before it runs out and they should not be able to crush our meds some of them are time ~~cost~~ released The people in this suit need there licenee took we are prisoners we dont have to be treated like Anicmels I have thought so much about killing myself but I will not punish her my wife but if I was single I wouldnt have this suit

The people name in this suit need to pay for what they have done because I'm sure I'm not the only one treated like this I have ask for $700,000.00 yes that is a lot my heart damages my Anxiety worse my right leg with pins and a rod in it swelles alful cant get help I should not be on a top bunk this is curle punishment I should be in a handicap cell

I want the meadia to know how All 3 SWVRJ Run they Are privetly owned Abington, Haysi, Duffield ~~thank you~~ All they care About is money

Case # 7:24-cv-00461-RSB-PMS

Thank you
Kenneth Brown

DEMAND FOR JURY TRIAL: ☑ YES    ☐ NO

Signed this 23 day of July, 2024

Signature of Plaintiff No. 1 _Kenneth Brown_

Signature of Plaintiff No. 2 _____

NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.